UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT CALVIN ABNEY,

    Plaintiff,

v.                                    Case No. 3:15cv151-LC/CJK

JUSTYN STEVENS,

    Defendant.
_____/

ORDER and
REPORT AND RECOMMENDATION

This matter is before the court upon referral from the clerk. Plaintiff commenced this action on March 30, 2015, by filing a civil rights complaint alleging defendant Stevens violated his rights under the Fourth Amendment. (Doc. 1). Stevens filed an answer to plaintiff's amended complaint on November 24, 2015. (Doc. 24). On December 1, 2015, the court entered an order setting the discovery deadline as February 29, 2016. (Doc. 25). The clerk twice attempted to send the order to plaintiff at Kilby Correctional Facility in Alabama. (Doc. 22). The order, however, was returned as undeliverable on both occasions. (Docs. 26, 27). In addition, defendant Stevens attempted to serve plaintiff with interrogatories and requests for admissions at Kilby Correctional Facility. (Doc. 28, p. 2). Those efforts

also proved fruitless.  Stevens subsequently checked the Alabama Department of Corrections' website and confirmed plaintiff was no longer confined at Kilby Correctional Facility.  (*Id.*).

Stevens subsequently filed a "Motion for Order to Show Cause or in the alternative Motion for Extension of the Case Management Deadlines."  (Doc. 28).  Stevens requested that the court issue an order directing plaintiff to show cause why this case should not be dismissed for failure to prosecute.  Alternatively, Stevens requested that the discovery and dispositive motion deadlines be extended by three months.

On February 25, 2016, the court ordered plaintiff to show cause within twenty-one days why this case should not be dismissed for his failure to prosecute.  (Doc. 29).  The court directed the clerk to send the show cause order to an address plaintiff provided to the Santa Rosa County Sheriff's Office in 2015.  The show cause order has not been returned as undeliverable.  To date, plaintiff has not responded to the order or provided the court with an updated mailing address.

Accordingly, it is ORDERED:

1. The clerk shall send a copy of this Report and Recommendation to plaintiff at 4550 Breakwater Circle, Pensacola, Florida 32501.

And it is respectfully RECOMMENDED:

1.      That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute.

2.      That the clerk be directed to close the file.

At Pensacola, Florida, this 29th day of March, 2016.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the Magistrate Judge and all other parties.  A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.

Case No. 3:15cv151-LC/CJK